J-S38020-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| ALAN RICHARD WEIST, | |
| Appellant | No. 2954 EDA 2015 |

Appeal from the Order Entered September 1, 2015
In the Court of Common Pleas of Pike County
Criminal Division at No(s): CP-52-0000240-2009

BEFORE:  FORD ELLIOTT, P.J.E., OLSON AND JENKINS, JJ.

JUDGMENT ORDER BY OLSON, J.:                    **FILED AUGUST 09, 2016**

In light of Appellant's "Petition for Reconsideration," wherein he asserts that he never received the PCRA court's order directing him to file a Rule 1925(b) statement, this Court orders that the case be remanded so the PCRA court may conduct a hearing and determine whether Appellant ever received the PCRA court's order to file and serve a Rule 1925(b) statement. **See** Pa.R.A.P. 1925(c)(1) ("[a]n appellate court may remand in either a civil or criminal case for a determination as to whether a [Rule 1925(b) s]tatement had been filed and/or served or timely filed and/or served"); **see also Commonwealth v. Hess**, 810 A.2d 1249, 1255 (Pa. 2002) ("where [the a]ppellant was not served with notice of the trial court's [] order directing him to file a 1925(b) statement . . . , [the a]ppellant cannot be penalized for failing to file a timely 1925(b) statement").  Said hearing shall

be held within 60 days of this order.  The PCRA court is directed to provide this Court with its findings within 15 days of the conclusion of the hearing.

Case remanded.  Jurisdiction retained.


Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 8/9/2016